UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 16 AM 10: 44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**Gustavo MORA-Villegas,**

          Defendant

) Magistrate Docket No.
) '08 MJ 2172
) COMPLAINT FOR VIOLATION OF:
)
) Title 8, U.S.C., Section 1326
) Attempted Entry After
) Deportation

The undersigned complainant, being duly sworn, states:

On or about **July 15, 2008** within the Southern District of California, defendant, **Gustavo MORA-Villegas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near the San Ysidro, California Port of Entry, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **JULY, 2008**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Gustavo MORA-Villegas**

## PROBABLE CAUSE STATEMENT

On July 15, 2008, Border Patrol Agent E. Mendoza was performing assigned duties in an area known as "Yogurt Canyon." At approximately 6:05 A.M., a scope operator notified Agent Mendoza via service radio, of two individuals going over the fence that separates the United States and Mexico. This area is approximately 5 miles west of the San Ysidro, California Port of Entry and just north of the International Boundary Fence between the United States and Mexico.

Agent Mendoza briefly searched the area and found two individuals attempting to conceal themselves in some brush approximately 50 yards north of the border fence. Agent Mendoza identified himself as a United States Border Patrol Agent and questioned both individuals about their citizenship and nationality. Both individuals, including one later identified as the defendant **Gustavo MORA-Villegas**, admitted to being a citizens and nationals of Mexico without any proper immigration documents to be in the United States legally. On July 15, 2008, at approximately 6:10A.M., Agent Mendoza arrested both individuals and transported them to the Imperial Beach Border Patrol station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 16, 2007 through Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. He also stated he was going to San Diego, California.