1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Jennifer_Coon@fd.org

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 (HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | CASE NO. 08MJ2172 |
| )  | |
| 12 Plaintiff, ) | |
| ) | |
| 13 v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| 14 GUSTAVO MORA-VILLEGAS, ) | |
| ) | |
| 15 Defendant. ) | |
| _____ ) | |

17 Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20 Respectfully submitted,

22 Dated: July 21, 2008 /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
23 Attorneys for Defendant
Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 21, 2008     /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Jennifer_Coon@fd.org (email)